**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SHERRY BYBERG,

    Plaintiff,

v.                                        Case. No. 12-10158
                                          Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## OPINION AND ORDER

This matter currently comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 19], in which the Magistrate Judge recommends that Plaintiff's Motion for Attorney Fees [dkt 16] be denied. Plaintiff did not file any timely objections to the Report and Recommendation.

After a thorough reviewed the court file, the Motion for Attorney Fees, and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Accordingly, Plaintiff's Motion for Attorney Fees [dkt 16] is DENIED.

    IT IS SO ORDERED.

                                                S/Lawrence P. Zatkoff
                                                Hon. Lawrence P. Zatkoff
                                                U.S. District Judge

Date: April 16, 2014